1

2

3

4

5

6

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DARYL GRAY,                          ) NO. CV 12-03228 JVS (SS)
                                         )
12                Petitioner,            )
                                         )
13          v.                           )          **JUDGMENT**
                                         )
14  GOVERNOR JERRY BROWN, ET AL.,        )
                                         )
15                Respondents.           )
    _____     )

16

17

18      Pursuant to the Court's Order Dismissing Habeas Action Without

19  Prejudice,

20

21      IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  without prejudice.

23

24      DATED: April 25, 2012

25                                  _____
                                    JAMES V. SELNA
26                                  UNITED STATES DISTRICT JUDGE

27

28